United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER BROCK,**

    *Plaintiff,*

v.                                                             No. 3:18-cv-1112-J-39PDB

**CITY OF JACKSONVILLE, FL, &**
**JACKSONVILLE POLICE AND**
**FIRE PENSION FUND,**

    *Defendants.*

---

## Order Granting Motion to Substitute Counsel

The defendants have filed a motion to substitute Adina Teodorescu, Esquire, as lead trial counsel in place of Wendy Byndloss, Esquire. Doc. 13. The circumstances warrant the requested relief: Ms. Byndloss is leaving the Office of General Counsel, which represents the defendants; lawyers with that office continue to represent the defendants; the notice requirements of Local Rules 2.03(b) and 3.01(g) have been provided without objection; and there is no indication the requested relief will interfere with case management. The Court therefore **grants** the motion to substitute counsel, Doc. 13; **permits** Ms. Byndloss to withdraw from representing the defendants in this case; **substitutes** Ms. Teodorescu as lead trial counsel; and **directs** the clerk to update the docket accordingly.

**Ordered** in Jacksonville, Florida, on June 17, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Counsel of Record